KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-6917
    Facsimile:  (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SHAUN ROBERTS,<br><br>    Defendant. | No. 3-05-70626 BZ<br><br>[PROPOSED] ORDER AND STIPULATION WAIVING TIME UNDER RULE 5.1 AND EXCLUDING TIME FROM AUGUST 18, 2005 TO SEPTEMBER 8, 2005 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

    The parties appeared before the Court on August 18, 2005. With the agreement of the parties, and with the consent of the defendant, the Court enters this order (1) scheduling a new preliminary hearing/arraignment date of September 8, 2005 at 9:30 a.m., before the Honorable Joseph C. Spero; (2) documenting the defendant's waiver of time limits under Federal Rule of Criminal Procedure 5.1; and (3) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from August 18, 2005 to September 8, 2005. The parties agreed, and the Court found and held, as follows:

    1. The defendant waived the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1. Failure to grant the requested continuance would unreasonably deny both defense and government counsel reasonable time necessary for effective preparation, taking

STIPULATION AND ORDER
3-05-70626 BZ

1  into account the exercise of due diligence, and would deny the defendant continuity of counsel.

2        2. Counsel for the defense believes that postponing the preliminary hearing is in his
3  client's best interest, and that it is not in his client's interest for the United States to indict the
4  case before the September 8 preliminary hearing date.

5        3. The defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to
6  grant the requested continuance would unreasonably deny both government and defense counsel
7  reasonable time necessary for effective preparation, taking into account the exercise of due
8  diligence, and would deny the defendant and the government continuity of counsel.

9        4. Given these circumstances, the Court found that the ends of justice served by
10 excluding the period from August 18, 2005 to September 8, 2005, outweigh the best interest of
11 the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

12       5. Accordingly, and with the consent of the defendant, the Court ordered that the period
13 from August 18, 2005 to September 8, 2005, be excluded from Speedy Trial Act calculations
14 under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

15       4. The Court scheduled a new preliminary hearing/arraignment date of September 8,
16 2005, at 9:30 a.m., before the Honorable Joseph C. Spero.

17    IT IS SO STIPULATED.

18

19 DATED: ____8/22/05_____     _____/s/_____
20                                       TRACIE L. BROWN
21                                       Assistant United States Attorney

22 DATED: ____8/23/05_____     _____/s/_____
23                                       GEOFFREY HANSEN
                                        Attorney for SHAUN ROBERTS

24    IT IS SO ORDERED.
25
26 DATED: August 29, 2005                                         
27                                         HON. BERNARD ZIMMERMAN
                                        United States Magistrate Judge
28

STIPULATION AND ORDER
3-05-70626 BZ                                                          2